**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

---

| | |
|---|---|
| **VICTORIA IKHIHDRO** | **CIVIL CASE NO. 26-4210 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **BRIAN ACUNA, ET AL** | **MAG. JUDGE PEREZ-MONTES** |

---

## MEMORANDUM RULING AND ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (R. Doc. 1) ("Petition") and an Emergency Motion for Temporary Restraining Order ("TRO") (R. Doc. 2) filed by Petitioner Victoria Ikhihdro ("Petitioner") on October 12, 2026.[1] The habeas petition and TRO asserted that Petitioner was an immigration detainee at the Richwood Correctional Center in Louisiana.[2] Petitioner asserted that she was informed by an ICE deportation officer that she was to be deported to Ghana and that "[a]fter midnight on October 12, 2026, an officer told her that she would be moved somewhere else by noon."[3]

The Petition and TRO were assigned to the undersigned on October 13, 2026.[4] Based on the allegation that Petitioner was to be moved by noon on October 12, 2026, Chambers staff contacted the United States Attorneys Office to ascertain whether Petitioner had been removed from the United States. The United States Attorneys

---

[1] The Petition was filed at 6:06 pm and the TRO was filed at 6:39 pm. October 12, 2026, was a federal holiday and the court was closed.
[2] R. Doc. 1 at p 2.
[3] R. Doc. 2 at p. 2.
[4] This case was assigned at 7:25 am.

Office confirmed that Petitioner was removed from the United States to Ghana on Flight 27-000440 on October 12, 2026.

An alien who has been removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); *Dien Thanh Ngo v. Johnson*, 3:19-CV-976, 2019 WL 3468909 (N.D. Tex. 2019) (collecting cases), *report and recommendation adopted*, 2019 WL 3459817 (N.D. Tex. 2019); 28 U.S.C. § 2241.

Because Petitioner has been deported, **IT IS ORDERED** that the Emergency Motion for Temporary Restraining Order (R. Doc. 2) is **DENIED** and the Petition for Writ of Habeas Corpus (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** this 19th day of October, 2026.

Jerry Edwards, Jr.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**